JANET M. HEROLD
Regional Solicitor
SUSAN SELETSKY (CSBN 176106)
Counsel for FLSA
CHERYL L. ADAMS (CSBN 208244)
Senior Trial Attorney
United States Department of Labor
Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, CA 94103
Direct: (415) 625-7759
Facsimile: (415) 625-7772
Email: Adams.Cheryl.L@dol.gov

Attorneys for Plaintiff Thomas E. Perez,
Secretary, U.S. Department of Labor

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br>v.<br><br>MARIBEC NATIVIDAD, an individual doing business as ANNE'S GUEST HOMES,<br><br>Defendant. | Case No.:<br><br>**COMPLAINT FOR VIOLATIONS OF THE FAIR LABOR STANDARDS ACT (29 U.S.C. §§ 201, et seq.)** |

1.      Plaintiff Thomas E. Perez, Secretary of Labor, United States Department of Labor ("Plaintiff" or the "Secretary") brings this action pursuant to Section 17, 29 U.S.C § 217, of the Fair Labor Standards Act of 1938, as amended, (29 U.S.C §§ 201-19) ("FLSA"), to enjoin Defendant MARIBEC NATIVIDAD, an individual doing business as ANNE'S GUEST HOMES from violating the provisions of Sections 6, 7, 11 and 15 of the FLSA, 29 U.S.C. §§ 206, 207, 211, and 215.

2.      Plaintiff also and separately brings this action pursuant to FLSA § 16(c), 29 U.S.C. § 216(c), for the recovery of a judgment against Defendant for minimum wage and

**COMPLAINT FOR VIOLATIONS OF THE FLSA**                                              Page 1 of 6

overtime compensation, together with an equal amount as liquidated damages, due Defendant's employees listed in the attached Exhibit A.

3. Jurisdiction of this action is conferred upon the Court by FLSA §§ 16 and 17, 29 U.S.C. §§ 216, 217; by 28 U.S.C. § 1331 (federal question); and by 28 U.S.C. § 1345 (United States as plaintiff).

4. Venue lies in the United States District Court, Northern District of California, pursuant to 28 U.S.C. § 1391(b) as a substantial part of the events or omissions giving rise to the instant claims occurred in this district.

5. Defendant Maribec Natividad is and at all times material hereto has been doing business as Anne's Guest Homes, residential care homes for the elderly, licensed by the State of California with multiple facilities in Alameda County, California.

6. At all times material hereto, Defendant has been an employer within the meaning of FLSA § 3(d), 29 U.S.C. § 203(d), in relation to the employees listed on Exhibit A.

7. At all times relevant to this Complaint, Defendant employs and/or employed employees in and about her places of business who handled, sold, or otherwise worked on goods or materials that have been moved in or produced for commerce by any person.

8. At all times relevant to this Complaint, the activities of the Defendant have been and are related and performed through unified operation or common control for a common business purpose, and constitute an enterprise within the meaning of FLSA § 3(r), 29 U.S.C. § 203(r).

9. At all times relevant to this Complaint, the Defendant is and has been an "enterprise," as defined in FLSA § 3(s)(1)(A), 29 U.S.C. § 203(s)(1)(A), having annual gross volume of sales made or business done of not less than $500,000 (exclusive of sales taxes at the retail level that are separately stated). By reason thereof, said enterprise at all times relevant to

this Complaint was an enterprise engaged in commerce or in the production of goods for commerce within the meaning of the FLSA

## VIOLATIONS OF THE FLSA

10. Defendant has violated the provisions of FLSA §§ 6 and 15(a)(2), 29 U.S.C. §§ 206 and 215(a)(2), by paying many of her employees wages at rates less than the applicable federal minimum wage in workweeks when said employees were engaged in commerce or in the production of goods for commerce or were employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act.

11. Defendant has violated the provisions of FLSA §§ 7 and 15(a)(2), 29 U.S.C. §§ 207 and 215(a)(2), by failing to compensate many of her employees for their employment in excess of forty hours per week at rates not less than one and one-half times the regular rate at which they were employed in workweeks when said employees were engaged in commerce or in the production of goods for commerce or were employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act.

12. Defendant has violated the provisions of FLSA §§ 11(c) and 15(a)(5), 29 U.S.C. §§ 211(c), 215(a)(5), by failing to maintain, keep, make available (to authorized agents of Plaintiff for inspection, transcription, and/or copying), and preserve records of employees and of the wages, hours, and other conditions and practices of employment maintained, as prescribed by the regulations promulgated by Plaintiff pursuant to the authority granted in the FLSA, published at 29 C.F.R. § 516.1.

13. During the period since on or about February 18, 2012, the Defendant has violated the aforesaid provisions of the FLSA.

14. As a result of the violations of the FLSA, there are unpaid minimum wage and overtime compensation being withheld by the Defendants.

15. A judgment permanently enjoining and restraining the above violations of the FLSA is specifically authorized by FLSA § 17, 29 U.S.C. § 217.

16. A judgment enjoining and restraining any continued withholding of unpaid minimum wage and overtime compensation due under the FLSA is specifically authorized by FLSA § 17, 29 U.S.C. § 217.

17. A money judgment awarding unpaid back wages due under the FLSA, plus an equal amount as liquidated damages, is specifically authorized by FLSA § 16(c), 29 U.S.C. § 216(c).

WHEREFORE, cause having been shown, Plaintiff prays for a Judgment against Defendant as follows:

(1) For an Order pursuant to Section 17 of the FLSA, 29 U.S.C. § 217, permanently enjoining and restraining Defendant, her officers, agents, servants, employees, and all persons acting in her behalf and interest from prospectively violating Sections 6, 7, 11 and 15 of the FLSA, 29 U.S.C. §§ 206, 207, 211, and 215; and

(2) For an Order pursuant to Section 16(c) of the FLSA, 29 U.S.C. § 216(c), finding Defendant liable for unpaid minimum wage and overtime compensation found by the Court to be due Defendant's employees named in the attached Exhibit A, plus an equal amount as liquidated damages; or

(3) In the event liquidated damages are not awarded, for an injunction issued pursuant to FLSA § 17, 29 U.S.C. § 217, restraining Defendants, their officers, agents, servants, employees, and those persons in active concert or participation with them from withholding the amount of unpaid minimum wage and overtime compensation found due Defendants' employees, including prejudgment interested computed at the underpayment rate established by the Secretary of Treasury pursuant to 26 U.S.C. § 6621; and

(4) For an order awarding all other appropriate legal or equitable relief.

| | |
|---|---|
| Dated: May 15, 2014 | M. PATRICIA SMITH<br>Solicitor of Labor |
| | JANET M. HEROLD<br>Regional Solicitor |
| | SUSAN SELETSKY<br>Counsel for FLSA |
| | */s/ Cheryl L. Adams* |
| | CHERYL L. ADAMS<br>Senior Trial Attorney |

EXHIBIT A

| Employee Name | Back Wages | Liquidated Damages | Total Due |
|---|---|---|---|
| Lolita Bacani | 798.35 | 399.18 | 1197.53 |
| Edwin Bucacas | 24286.73 | 12143.37 | 36430.10 |
| Rosana Bucacas | 24286.73 | 12143.37 | 36430.10 |
| Purita Caburian | 25050.77 | 12525.39 | 37576.16 |
| Bella Castanares | 7672.31 | 3836.16 | 11508.47 |
| Erlinda Damian | 27440.00 | 13720.00 | 41160.00 |
| Girlie Del Rosario | 689.24 | 344.62 | 1033.86 |
| Leah Dumlao | 27459.23 | 13729.62 | 41188.85 |
| Julita Galima | 23298.46 | 11649.23 | 34947.69 |
| Nestor Galima | 23298.46 | 11649.23 | 34947.69 |
| Simona Llanes | 23775.38 | 11887.69 | 35663.07 |
| John Nelmida | 929.23 | 464.62 | 1393.85 |
| Angela Niduza | 26764.62 | 13882.31 | 40646.93 |
| Susan Perez | 12936.15 | 6468.08 | 19404.23 |
| Cecilia Tinio | 21144.61 | 10572.31 | 31716.92 |
| Michelle Ventigan | 9394.61 | 4697.31 | 14091.92 |
| Adelina Aplico | $ 19,234.81 | 9617.40 | 28,852.21 |